SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R Plutzik (77785)
L Timothy Fisher (191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: 925-945-0770
Facsimile: 925-945-8792
aplutzik@bramsonplutzik.com
ltfisher@bramsonplutzik.com

- and -

Richard A. Maniskas (*pro hac vice*)
D. Seamus Kaskela  (*pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Attorneys for Plaintiff*

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ALBERTAZZI, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FORMFACTOR, INC., IGOR Y. KHANDROS, RONALD C. FOSTER and RICHARD M. FREEMAN,<br><br>Defendants. | Case No. C-07-06092-SI<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSES TO CLASS ACTION COMPLAINT |

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSES
TO CLASS ACTION COMPLAINT
C-07-06092-SI

1  WHEREAS, on December 3, 2007, plaintiff Victor Albertazzi filed a Complaint alleging violations of the federal securities law (the "Complaint") against FormFactor, Inc. ("FormFactor" or the "Company"), Igor Y. Khandros, Ronald C. Foster and Richard M. Freeman;

WHEREAS, defendants have agreed to accept service through Davis Polk & Wardwell;

WHEREAS, on October 31, 2007, Danny McCasland filed a complaint alleging violations of the federal securities laws against FormFactor, Igor Y. Khandros, Ronald C. Foster and Richard M. Freeman in a case styled *McCasland v. FormFactor, Inc. et al.*, No. C-07-05545-SI ("the McCasland litigation") in this Court;

WHERAS, on November 16, 2007, this Court entered an order granting the request of the parties to the McCasland litigation to reset the deadlines as requested in this Stipulation (see "SCHEDULE" *infra*);

WHEREAS, the parties in the present matter have met and conferred, and anticipate that motions for the appointment of lead plaintiff and lead counsel will be filed in this case, and that a consolidated complaint will be filed after the Court issues an Order appointing lead plaintiff and lead counsel;

WHEREAS, the parties in the present matter agree that it is in the best interest of judicial economy for this litigation to proceed along the same schedule set by this Court in the McCasland litigation;

WHEREAS, the parties agree that, pursuant to Civil L.R. 6-1(a), defendants need not respond or otherwise answer the Complaint, lead plaintiff shall have sixty (60) days from the issuance of an order appointing lead plaintiff and lead counsel to file a consolidated complaint, and defendants shall have sixty (60) days after being served with the anticipated consolidated complaint to answer or otherwise respond to the consolidated complaint;

WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party.

THEREFORE, IT IS STIPULATED AND AGREED by plaintiff and defendants, through their respective counsel of record, as follows:

**SCHEDULE**

1. Defendants need not answer or otherwise respond to the Complaint;

2. Lead plaintiff shall have sixty (60) days from the issuance of an order appointing lead plaintiff and lead counsel to file a consolidated complaint; and

3. Defendants shall answer or otherwise respond to the anticipated consolidated complaint no later than sixty (60) days from the date of service.

IT IS SO STIPULATED.

DATED: December 7, 2007

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP

ALAN PLUTZIK

/s/
ALAN PLUTZIK (77785)

2125 Oak Grove Road
Suite 120
Walnut Creek, CA 94598
Tel.:(925)945-0770
Fax: 925-945-8792

*Counsel for Plaintiff*

DATED: December 7, 2007

DAVIS POLK & WARDWELL
RAJAT SONI

/s/
RAJAT SONI (242644)

1600 El Camino Real
Menlo Park, CA 94025
Tel.: (650) 752-2027
Fax: (650) 752-3627

*Counsel for Defendants*

\*     \*     \*

1 **ORDER**

2 IT IS SO ORDERED.

3

4 DATED: _____

5 THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

1 **Attestation Pursuant To General Order 45**

2 I, Alan R. Plutzik, attest that concurrence in the filing of this document has been obtained

3 from the other signatory. I declare under penalty of perjury under the laws of the United States

4 that the foregoing is true and correct. Executed this 7th day of December, 2007 at Walnut Creek,

5 California.

6                                                    **/S/ ALAN R. PLUTZIK**

|   |   |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on December 7, 2007, I electronically filed the foregoing with the |
| 3 | Clerk of the Court using the CM/ECF system that will send notification of such a filing to the |
| 4 | email addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I |
| 5 | have mailed the foregoing document or paper via the United States Postal Service to the non- |
| 6 | CM/ECF participants indicated on the attached Manual Notice List. |
| 7 | I certify under penalty of perjury under the laws of the United States of America that the |
| 8 | forgoing is true and correct. Executed on December 7, 2007. |

/s/
Peggy Toovey

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSES
TO CLASS ACTION COMPLAINT
C-07-06092-SI

5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSES
TO CLASS ACTION COMPLAINT
C-07-06092-SI

6