SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R Plutzik (77785)
L Timothy Fisher (191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: 925-945-0770
Facsimile: 925-945-8792
aplutzik@bramsonplutzik.com
ltfisher@bramsonplutzik.com

- and -

Richard A. Maniskas (*pro hac vice*)
D. Seamus Kaskela (*pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Attorneys for Plaintiff*

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ALBERTAZZI, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FORMFACTOR, INC., IGOR Y. KHANDROS, RONALD C. FOSTER and RICHARD M. FREEMAN,<br><br>Defendants. | Case No. C-07-06092-SI<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE
C-07-06092-SI

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Bramson, Plutzik, Mahler & Birkhaeuser, LLP, 2125 Oak Grove Road, Suite 120, Walnut Creek, California 94598. On December 7, 2007, I served the within documents:

**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSES TO CLASS ACTION COMPLAINT**

[X] by placing a copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Walnut Creek, California addressed as set forth below.

[ ] by facsimile transmission on that date. This document was transmitted by using a Canon LC 710 facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number (925) 945-8792. The transmission was reported as complete and without error.

[ ] By causing personal delivery of a copy of the document(s) listed above to the person(s) as set forth below.

[ ] by depositing a true copy of the same enclosed in a sealed envelope with delivery fees provided for a Federal Express pick up box or office designated for overnight delivery, and addressed as set forth below.

[ ] By pdf transmission on that date. These documents were transmitted via e-mail to the following e-mail addresses as set forth below.

Rajat Soni
David Polk & Wardwell
1600 El Camino Real
Menlo Park, CA 94025
Telephone: 650-752-2027
Facsimile: 650-752-3627

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed on December 7, 2007, at Walnut Creek, California.

Peggy Doovey